1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PAULA M. WEBER #121144
2  NEELAM NAIDU #239052
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA 94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5
   Attorneys for Defendant
6  APEX SYSTEMS, INC.

7

8              UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

11 JASON DILLON,                    )   Case No. C 07 4746 MMC
12                                  )
              Plaintiff,            )
13                                  )
      vs.                           )   PROOF OF SERVICE
14                                  )
                                    )
15                                  )
   APEX SYSTEMS, INC. and DOES 1-25,)
16                                  )
              Defendants.           )
17                                  )
                                    )
18                                  )
19

20       I, Robert J. Foley, the undersigned, hereby declare as follows:

21       1.     I am over the age of 18 years and am not a party to the within cause. I am

22 employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco,

23 California.

24       2.     My business address is 50 Fremont Street, San Francisco, CA 94105-2228.

25 My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

26       3.     On September 14, 2007, I served a true copy of the attached document(s)

27 titled exactly CIVIL CASE COVER SHEET; DEFENDANT APEX SYSTEMS, INC.'S

28

700807028v1                          - 1 -

PROOF OF SERVICE – Case No. C 07 4746 MMC

1  NOTICE OF REMOVAL TO FEDERAL COURT; ORDER SETTING INITIAL CASE
2  MANAGEMENT CONFERENCE AND ADR DEADLINES; [BLANK] CASE
3  MANAGEMENT CONFERENCE ORDER; STANDING ORDERS FOR CIVIL CASES
4  ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY; STANDING ORDER
5  FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS
6  OF JOINT CASE MANAGEMENT STATEMENT; U.S. DISTRICT COURT
7  NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;
8  WELCOME TO THE U.S. DISTRICT, SAN FRANCISCO OFFICE HOURS; and
9  PUBLIC NOTICE, MAGISTRATE JUDGE, U.S. DISTRICT COURT, NORTHERN
10 DISTRICT OF CALIFORNIA by placing it/them in an addressed sealed envelope and
11 depositing it in the United States mail, first class postage fully prepaid, to the following:

Walter L. Haines, Esq.
Thomas K. Emmitt, Esq.
Charles A. Correia, Esq.
United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA  90802

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2007, at San Francisco, California.

_____
Robert J. Foley

700807028v1

- 2 -

PROOF OF SERVICE – Case No. C 07 4746 MMC