PILLSBURY WINTHROP SHAW PITTMAN LLP
PAULA M. WEBER #121144
NEELAM NAIDU #239052
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Defendant
APEX SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DILLON,<br><br>Plaintiff,<br><br>vs.<br><br>APEX SYSTEMS, INC. and DOES 1-25,<br><br>Defendants. | Case No. C 07 4746 MMC<br><br>CERTIFICATE OF SERVICE OF NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT |

I, WINNIE GIRARD, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, California 94105. My mailing address is Post Office Box 7880, San Francisco, CA 94120-7880.

3. Attached as Exhibit 1 is <u>DEFENDANT APEX SYSTEM INC.'S NOTICE TO COURT CLERK OF FILING NOTICE OF REMOVAL TO FEDERAL COURT</u>, which was filed in San Mateo County Superior Court on September 14, 2007, with a Proof of Service attached showing that on September 14, 2007, Robert Foley served a true copy of the attached document by placing it in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

Walter L. Haines, Esq.
Thomas K. Emmitt, Esq.
Charles A. Correia, Esq.
United Employees Law Group, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October, 2007 at San Francisco, California.

_____
Winnie Girard

700851285v1

- 2 -