# EXHIBIT 1

1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PAULA M. WEBER #121144
2  NEELAM NAIDU #239052
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA 94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5
   Attorneys for Defendant
6  APEX SYSTEMS, INC.

7

8

9            SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                   COUNTY OF SAN MATEO        **BY FAX**

11
   JASON DILLON, an individual,          )  Case No. CIV 464633
12                                        )
                  Plaintiff,              )
13                                        )
        vs.                               )  DEFENDANT APEX SYSTEM
14                                        )  INC.'S NOTICE TO COURT
                                          )  CLERK OF FILING NOTICE
15                                        )  OF REMOVAL TO FEDERAL
   APEX SYSTEMS, INC., and DOES 1-25,     )  COURT
16                                        )
                  Defendants.             )
17                                        )
                                          )  Complaint Filed: July 20, 2007
18                                        )
19 _____

20      TO THE CLERK OF THE ABOVE-ENTITLED COURT, PLAINTIFF JASON

21 DILLON AND PLAINTIFF'S ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE THAT on the 14th day of September, 2007, Defendant

23 APEX SYSTEMS, INC. ("Apex Systems" or "Defendant") filed with the Clerk of the

24 United States District Court for the Northern District of California a Notice of Removal of

25 the above-entitled action to said Court from the Superior Court of the State of California,

26 County of San Mateo. A copy of the Notice of Removal, and the attachments thereto, are

27 attached hereto and served and filed herewith.

28

700805114v1                   - 1 -              Case No. CIV 464633
    DEF.'S NOT. TO SUPERIOR COURT CLERK OF FILING REMOVAL TO FEDERAL COURT

1    PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section 1441(b)

2  the filing of the Notice of Removal in the District Court, together with the filing of a copy

3  of the Notice with this Superior Court, effects the removal of this action and this Superior

4  Court may proceed no further unless and until the case is remanded.

5        Dated:  September 14, 2007

6                         PILLSBURY WINTHROP SHAW PITTMAN LLP
                           PAULA M. WEBER
7                          NEELAM NAIDU
                           50 Fremont Street
8                          Post Office Box 7880
                           San Francisco, CA  94120-7880

9

10

11                   By ___Neelam Naidu_____
                              Neelam Naidu
                           Attorneys for Defendant
12                         APEX SYSTEMS, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF.'S NOTICE TO SUPERIOR COURT CLERK OF FILING REMOVAL TO FEDERAL COURT

1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    PAULA M. WEBER #121144
2   NEELAM NAIDU #239052
    50 Fremont Street
3   Post Office Box 7880
    San Francisco, CA 94120-7880
4   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
5
    Attorneys for Defendant
6   APEX SYSTEMS, INC.

7

8

9               UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11  _____

12  JASON DILLON,                      Case No. 07 4746

                    Plaintiff,
13
        vs.                            DEFENDANT APEX
14                                     SYSTEMS, INC.'S NOTICE
                                       OF REMOVAL TO
15                                     FEDERAL COURT          MMC

16  APEX SYSTEMS, INC. and DOES 1-25,
                                       28 U.S.C. § 1441(b)
                    Defendants.        [DIVERSITY JURISDICTION]
17

18

19  _____

20      TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

21  DISTRICT OF CALIFORNIA, PLAINTIFF JASON DILLON AND PLAINTIFF'S

22  ATTORNEYS OF RECORD:

23      PLEASE TAKE NOTICE THAT DEFENDANT APEX SYSTEMS, INC. ("Apex

24  Systems" or "Defendant") shall remove and hereby removes this action from the Superior

25  Court of the State of California for the County of San Mateo to the United States District

26  Court for the Northern District of California.  This action has been removed to this Court

27  for the reasons set forth below.

28

    700804779v1                       - 1 -

    DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT – Case No. _____

1      1.    <u>Diversity Jurisdiction</u>. This action is a civil action of which the Court has

2 original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this

3 Court by Defendant pursuant to 28 U.S.C. § 1441(a) and (b) in that it is a civil action

4 wherein the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and

5 costs, and is between citizens of different states, as explained more fully below.

6      2.    On July 20, 2007, Plaintiff filed in the Superior Court of the State of

7 California for the County of San Mateo a civil action entitled "<u>Jason Dillon vs. Apex</u>

8 <u>Systems, Inc., and Does 1-25</u>" and numbered CIV 464633. The Complaint alleges the

9 following eight causes of action: (1) Failure to Pay Overtime; (2) Waiting Time Penalties

10 [Cal. Lab. Code § 203]; (3) Failure to Provide Accurate Itemized Statements [Cal. Lab.

11 Code § 226]; (4) Failure to Provide Meal Periods [Cal. Lab. Code §§ 226.7, 512 and IWC

12 Wage Orders]; (5) Failure to Provide Rest Periods [Cal. Lab. Code § 226.7 and IWC Wage

13 Orders]; (6) Unfair Competition [Cal. Bus. & Prof. Code § 17200 <u>et seq.</u>]; (7) Failure to

14 Produce Records [Cal. Lab. Code § 1174.5]; and (8) Constructive Trust.

15      3.    On August 17, 2007, a process server delivered a Summons, the Complaint,

16 and other required papers under local rule (Exhibit A) in an envelope to Defendant's branch

17 office in San Francisco, California.

18      4.    Defendant filed an answer to the Complaint on September 14, 2007 (Exhibit

19 B).

20      5.    Although Plaintiff seeks an unspecified amount of damages above $25,000

21 in connection with the Prayer for relief set forth in his Complaint, he is clearly seeking

22 damages that would total in excess of $75,000. Specifically, Plaintiff seeks special

23 damages for back pay and front pay; general damages; statutory damages; restitution and

24 disgorgement of profits; punitive damages; prejudgment and postjudgment interest on all

25 damages; all California Labor Code penalties, including waiting time penalties; attorney's

26 fees; costs of suit; and compensation for missed meal and rest periods. Plaintiff has

27 previously sent a demand letter to Defendant seeking an amount in excess of $75,000. The

28 amount in controversy requirement of 28 U.S.C. § 1332(a) has been met, and this action is

1   removable to federal court pursuant to 28 U.S.C. § 1441.

2       6.      Defendant is informed and believes that Plaintiff Jason Dillon was, and still

3   is, a citizen of the state of California within the meaning of 28 U.S.C. § 1332(a) because his

4   place of residence and domicile was and is within the state of California. Defendant Apex

5   Systems – incorporated under the laws of the state of Virginia and having its principal place

6   of business in the state of Virginia – was, at the time of the filing of this action, and still is,

7   a citizen of the state of Virginia, and is the only defendant that has been served summons

8   and complaint in this action.

9       7.      The presence of Doe defendants in this case has no bearing on diversity with

10   respect to removal. "For purposes of removal under this chapter, the citizenship of

11   defendants sued under fictitious names shall be disregarded." 28 U.S.C. § 1441(a).

12       8.      Because Plaintiff and Defendant Apex Systems are citizens of different

13   states, and because the Court may disregard the citizenship of Doe defendants, there is

14   complete diversity between the parties and the requirements for removal under 28 U.S.C.

15   §§ 1332(a) and 1441(a) are satisfied.

16       9.      <u>Venue</u>. Venue lies in the United States District Court for the Northern

17   District of California, because Plaintiff's state court action was filed in and is pending in the

18   Superior Court of the State of California for the County of San Mateo, which is within this

19   judicial district. 28 U.S.C. § 1441(a); N.D.C.A. L.R. 3-2(d).

20       10.     Defendant will file a copy of this Notice of Removal in San Mateo County

21   Superior Court as required by 28 U.S.C. § 1446(d).

22       11.     Defendant desires and hereby requests that this entire action be removed to

23   this Court as permitted by law.

24       12.     The attached Exhibits constitute all pleadings, process and orders served on

25   or by Defendant in this action.

26       //

27

28

700804779v1                                          - 3 -

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT – Case No. _____

1        Wherefore, Defendant APEX SYSTEMS, INC. prays that this action be removed

2    from San Mateo County Superior Court to the United States District Court for the Northern

3    District of California.

4        Dated:  September 14, 2007.

5                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 PAULA M. WEBER
6                                NEELAM NAIDU
                                 50 Fremont Street
7                                Post Office Box 7880
                                 San Francisco, CA 94120-7880
8

9
                            By    _Neelam Naidu_____
10                                    NEELAM NAIDU
                                  Attorneys for Defendant
11                                APEX SYSTEMS, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

700804779v1                          - 4 -

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT – Case No. _____