```
1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PAULA M. WEBER #121144
2  NEELAM NAIDU #239052
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA 94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5
   Attorneys for Defendant
6  APEX SYSTEMS, INC.
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10
11  JASON DILLON,                  )  Case No. C 07 4746 MMC
12                                 )
                    Plaintiff,     )
13                                 )
         vs.                       )  CERTIFICATE OF SERVICE
14                                 )
15                                 )
    APEX SYSTEMS, INC. and DOES 1-25, )
16                                 )
                    Defendants.    )
17                                 )
18                                 )
19                                 )
20
21      I, WINNIE GIRARD, the undersigned, hereby certify and declare under penalty of
22  perjury that the following statements are true and correct:
23      1.   I am over the age of 18 years and am not a party to the within cause. I am
24  employed by Pillsbury Winthrop Shaw Pittman LLP in San Francisco, California.
25      2.   My business address is 50 Fremont Street, San Francisco, California 94105.
26  My mailing address is Post Office Box 7880, San Francisco, CA 94120-7880.
27
28  700851508v1                    - 1 -
```

3.  I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

1.  On October 25, 2007, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document titled exactly <u>CERTIFICATE OF SERVICE OF NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT</u> by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Charles Andrew Correia, Esq.
Thomas K. Emmitt, Esq.
Walter L. Haines, Esq.
United Employers Law Group, P.C.
65 Pine Avenue, Suite 312
Long Beach, CA 90802

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of October, 2007, at San Francisco, California.

_____
Winnifred J. Girard

700851508v1

- 2 -

CERTIFICATE OF SERVICE – Case No. C 07 4746 MMC