UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JASON DILLON,

               Plaintiff(s),

    v.

APEX SYSTEMS, INC.

              Defendant(s).

CASE NO. C 07 4746 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 11, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paula M. Weber | Defendant Apex Systems, Inc. | (415) 983-7488 | paula.weber@pillsburylaw.com |
| Gregory Douglas | Plaintiff Jason Dillon | (562) 256-1047 | gDouglas@hainesfirm.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 11/30/07

Dated: 11/30/07

Attorney for Plaintiff
Gregory Douglas, United Employees Law Group, P.C.

Attorney for Defendant
Paula M. Weber
Pillsbury Winthrop Shaw Pittman LLP

Rev 12.05