UNITED EMPLOYEES LAW GROUP, P.C.
WALTER L. HAINES #71075
GREGORY A. DOUGLAS #147166
65 Pine Ave., 312
Long Beach, CA  90802
Telephone:  (562) 256-1047
Facsimile:  (562) 256-1006

Attorneys for Plaintiff
JASON DILLON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DILLON,<br><br>                    Plaintiff,<br><br>        vs.<br><br><br>APEX SYSTEMS, INC. and DOES 1-25,<br><br>                    Defendants. | Case No. C 07 4746 MMC<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Jason Dillon voluntarily dismisses the above-captioned action with prejudice.

Dated:  January 9, 2008.

UNITED EMPLOYEES LAW GROUP, P.C.
WALTER L. HAINES
GREGORY A. DOUGLAS
65 Pine Avenue, #312
Long Beach, CA 90802

By  /s/
     GREGORY A. DOUGLAS
     Attorneys for Plaintiff JASON DILLON

700936271v1

- 1 -